

# NUMBERS 13-22-00164-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## EX PARTE MAUREN MARTINEZ

---

**On appeal from the 156th District Court
of Bee County, Texas.**

---

# ORDER OF ABATEMENT

**Before Justices Benavides, Hinojosa, and Silva
Order Per Curiam**

This cause is before the Court on its own motion. On April 6, 2022, appellant filed a notice of appeal attempting to appeal an order denying an application for writ of habeas corpus. Subsequently, on May 2, 2022, a plea agreement was entered. On June 9, 2022, a trial court's certification of defendant's right to appeal was entered on the record. The certification indicated in this criminal case the defendant has waived the right to appeal.

*See* TEX. R. APP. P. 42.2(a).

On Jun 21, 2022, we ordered appellant's counsel to, within thirty days, review the record and advise this Court as to whether appellant has a right to appeal. *See* TEX. R. APP. P. 44.3, 44.4. Appellant's counsel has failed to respond to the Order.

This sequence of events requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See* TEX. R. APP. P. 44.3 and 44.4. Accordingly, this appeal is abated, and the cause remanded to the trial court.

Upon remand, the trial court shall utilize whatever means necessary to make appropriate findings and recommendations concerning the following: (1) whether the trial court certificate is correct; (2) whether appellant wishes to pursue her appeal; (3) whether appellant has effectively abandoned the appeal; (4) whether appellant's rights are adversely affected by a continued delay; and (5) if any other orders are necessary to ensure the proper and timely pursuit of appellant's appeal. If the trial court determines that new counsel should be appointed, the name, address, email address, telephone number, and state bar number of newly appointed counsel shall be included in the order appointing counsel. If the trial court determines appellant has abandoned this appeal and/or is not entitled to court-appointed counsel, it shall issue such findings.

The trial court shall cause its findings and recommendations, together with any orders it may enter, to be included in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and supplemental reporter's record, if any, shall be filed with the Clerk of this Court within thirty days from the date of this order.

PER CURIAM

Do not publish.
Tᴇx. R. Aᴘᴘ. P. 47.2(b).

Delivered and filed on the
12th day of August, 2022.